30 F.3d 1484
 Abdul-Alim (Dr. Malik), Abdullah (Akbar), a/k/a Washington
(Oacar), Dixon (James), a/k/a Qawi, Cardona
(Rogelio), Williams (A.B.), West (Robert L.)
v.
State of New Jersey, N.J. Department of Corrections Trenton
State Prison, Medical Department of Trenton State
Prison, Edwards (W. Cary), Fauver
(William H.), Seidl (Richard A.)
 NO. 93-5242
 United States Court of Appeals,
Third Circuit.
 June 03, 1994
 
 Appeal From: D.N.J.,
 Brown, J.
 
 
 1
 AFFIRMED.